IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| FRED FREEMAN, #235180, ) | | C/A No. 9:11-2113 DCN |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | **ORDER** |
| ) | | |
| MS. HASELDEN, FINANCIAL ACCOUNTING; ) | | |
| E.H. COOPER; LIBBY PRIESTER, BUSINESS ) | | |
| OFFICE; and WARDEN HAGAN, ) | | |
| ) | | |
| Defendants. ) | | |

The above referenced case is before this court upon the magistrate judge's recommendation that defendants' motion to dismiss be granted to the extent defendants seek dismissal of any claims relating to plaintiff's 2007 grievance, however, defendants' motion for a dismissal of this case, in toto, be denied.

This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984 ).[1]  Objections to the magistrate judge's report and

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal. The notice

recommendation were timely filed on March 8, 2012.

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's Report and Recommendation is **AFFIRMED,** and defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**. The court grants defendants' motion to dismiss all claims relating to plaintiff's 2007 grievance. However, the court denies defendants' motion to dismiss claims arising out of plaintiff's 2009 grievance. This action is referred back to the Magistrate Judge for further proceedings.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

September 11, 2012
Charleston, South Carolina

***NOTICE OF RIGHT TO APPEAL***
The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure

---

must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" Id. at 846. Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the consequences at the appellate level of his failure to object to the magistrate judge's report.